Clinton Green Sr.

653 Glendale Lane

Orange Park Florida, 32065

904-428-9400

Plaintiff

Case # 3:22-cv-659-TJC-MCR

-vs-

Charles Rettig , Acting I.R.S. Commissioner

or His replacement in office

1500 Pennsylvania Ave. N.W.

Washington D.C. 20220

Defendant



## COMPLAINT FOR A CIVIL CASE AND
## DEMAND FOR TRIAL BY JURY

I. Parties to this Complaint

(A) Plaintiff

Clinton Green Sr.

653 Glendale Lane

Orange Park, Florida 32065

905-428-9400

sponnieg41@gmail.com

(B) Defendant

Charles P. Rettig

Acting Commissioner for the IRS

Or His Replacement in that office

1500 Pennsylvania Avenue N.W.

Washington, D.C. 20220

1-877-777-4778

II. Basis for Jurisdiction: Diversity of Citizenship

1. Under 28 U.S.C. SS 1332, This case finds both Plaintiff and Defendant living in different States.

   Plaintiff

   Clinton Green Sr.
   6563 Glendale Lane
   Orange Park Florida 32065
   904-428-9400
   sponnieg41@gmail.com

   Defendant

   Charles P. Retrig
   Acting Commissioner I.R.S.
   Or his replacement in officers
   1500 Pennsylvania Avenue N.W.
   Washington, D.C. 20220
   1-877-777-4778

2. The amount in controversy $13,000,000,000 (13 Billion Dollars) plus an unspecified amount of (so called) income taxes taken starting in 1960 to date with interest to be paid according to the standards used by the I.R.S. against current tax delinquent individuals.

III. **Statement of claim:**

1. Commissioner Rettig has stated that he (or his replacement in office) is the human in charge of all I.R.S. Business and financial affairs.
2. Commissioner Rettig acknowledges he and I are in a legally binding contract.
3. Commissioner Rettig defaulted has on this contract.
4. Commissioner Rettig agree to the immediate closure of as many I.R.S. facilities as necessary to bring about the fulfillment of elements addressed in said contract.
5. Commissioner Rettig agreed to reimburse all Law enforcement agencies involved in closing and securing facilities as necessary.
6. Commissioner Rettig has agreed to pay one Billion dollars, if any attempted defense relating to this action is made.
7. Commissioner Rettig agreed to provide me with documentation confirming my non-taxpayer status

**RELIEF**

I Pray the relief I seek be honored by Commissioner Rettig, thereby free this court of the need to use it's valuable time on a matter that has been beforehand agreed to.

V. **CERTIFICATION AND CLOSING**

Under Federal Rules Of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint:
(1) Is not being presented for an improper purpose, such to harass, cause unnecessary delay, or needless increase to the cost of litigation;
(2) Is supported by existing laws or a non frivolous argument for extending, modifying, or reversing the existing law;

(3) The factual content have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) The complaint otherwise complies with the requirements of Rule 11.

I Clinton Green Sr. agree to provide the Clerks office with any change to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerks office may result in the dismissal of my case.

**JURY DEMANDED**

Signature: _____ Date: 6/14/2022

Sworn to (or affirmed) and subscribed before me this __14__ day of *June*, in the year of our Lord two thousand *twenty two* by *Clinton Green Sr.*

____ Personally Known or __✓__ Produced Identification – Type and # of ID  Florida Driver License
G650-100-41-307-0

(Signature of Notary) _____

(Name of Notary Typed, Stamped, or Printed)  Maribel Santana

Notary Public, State of *Florida*

MARIBEL SANTANA
MY COMMISSION # HH 132301
EXPIRES: September 9, 2025
Bonded Thru Notary Public Underwriters

# LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim. In fact, the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.
Respond to: Clinton Green Sr.

    653 Glendale Lane

    Orange Park, Fl. 32065

    904-428-9400