UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLINTON GREEN, SR. ,

    Plaintiff,

v.    Case No. 3:22-cv-659-TJC-MCR

ACTING I.R.S. COMMISSIONER,
Charles Rettig or His replacement
in office,

    Defendant.

**O R D E R**

This case is before the Court on review of pro se Plaintiff Clinton Green, Sr.'s Complaint, (Doc 1), and the assigned United States Magistrate Judge's Report and Recommendation, (Doc. 18), filed on March 23, 2023. The Report and Recommendation recommends that this case be dismissed without prejudice for failure to perfect service of process. (Doc. 18). Defendant United States of America, on behalf of the Acting IRS Commissioner, has also filed a motion to dismiss, arguing, in part, that it has not been served. (Doc. 19 at 12–13). No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P.

72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 18), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 18) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED without prejudice** for failure to perfect service of process.

3. Defendant's Motion to Dismiss (Doc. 19) is **DENIED as moot**.

4. The Clerk is directed to terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 17th day of April, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Pro se Plaintiff

Counsel of record